In The United States District Court For The Eastern District Of Virginia

5-1-12

FILED MAILROOM
MAY - 4 2012
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Alexandria Division

BOBBY GENE White,
   Plaintiff,

V.

Case No. 1:11 cv 507

DR. ABDUL Jamaludeen,
   Defendant.

Comes now Plaintiff Bobby Gene White's memorandum of law in support of my Bobby G. White's request for subpoena(s) of medical records. Also, Clarification of request and request to amend parties to subpoena.

### (Statement of Preceeding facts)

In answer against Plaintiff's Bobby G. White's request for subpoena, Dr. Abdul Jamaludeen by counsel Kevin Jordan O'Brien requested that Plaintiff's motion be denied because Discovery under Federal rule 26(F) has not been conducted. Defendent stipulates that a motion for Dismissal is also still pending.

### (Statement of Current facts)

1. Defendent's counsel is in error concerning Plaintiff's Bobby G. White's request for records as being a premature request for Discovery under fed. R. 26(F).

2

2. The People/Persons mentioned in request for subpeona are not parties to this suit.

3. Letters of request were sent by Plaintiff Bobby G. White to each Place/Party/Person asking for said records or information and were ignored.

4. said records or information are not able to be obtained any other way.

5. said information is necessary to Plaintiff's Bobby G. White's case

6. Due to false statements as being one of the accusations against defendent Dr. Jamaludeen and staff, Plaintiff Bobby G. White does not want necessary evidence to come up "missing" and said request is seconded for protection and preservation of the evidence (and wish to compel under rule 37(a)(3)(B).

7. subpeona or request for production of documents fall under Fed. rule 34 - not 26 and can be made after discovery meeting <u>or before</u>

## argument

Since request is of information from 3rd parties to this case and other means of obtaining said information was ignored, than a subpeona ducestecum under (Fed. rule 45 for material's that fall under (Fed. rule 34 is proper and should be granted. Furthermore, since said request can be made <u>before</u> Discovery and there is nothing to "Hide" By Defendent Dr. Jamaludeen then the court should grant Plaintiff's Bobby G. Whit's request for Subpeona(s). Wherefore Plaintiff Bobby G. White pray's that my request for subpeonas be granted.

### Addendum 1

Clarification of requested parties to subpeonas ducestecam and information requested.

Party #1. Donald A. O'Neill, MD, FAAOS
Medical Director of Vann-Virginia center for orthopaedics, P.C. DBA: Atlantic orthopaedic specialist.
230 Clearfield Avenue, suite 124
Virginia Beach, VA  23462-1832

Party #2 Sentara Home Care Service's
Department of Physical Therapy (Specifically <u>Maureen Ryll.</u> DPT)(redteam) 535 Independence Pkwy.
Cherapeake, VA  23320

Party #3  Conmed Healthcare Management, INC.
7250 Parkway Drive, Suite 400
Hanover, Maryland 21076

Plaintiff's Bobby G. White's Request

Doctor to Doctor correspondance, E-mails, professional diagnosis and treatment concerning my Bobby Gene Whites, as well as, orders given, any medications, any information relating to and about my Bobby G. Whitas medical treatment.

## Addendum 2

Plaintiff Bobby Gene White request right to fully amend my Bobby G. White's case/suit with information provided through subpeonas duces tecum prior to adjudication of motion to dismiss.

## Conclusion

Wherefore, Plaintiff Bobby Gene White prays that His requests be granted.

Bobby G. White # 10-003521
Virginia Beach Correctional Center
P.O. Box 6186
Virginia Beach, VA 23456

RECEIVED MAILROOM
MAY - 4 2012
CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

11cv507

FIRST CLASS
049J82052920
$00.450
05/02/2012
Mailed From 20450
US POSTAGE

Clerk, U.S. District Court
Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia 22314-5798

22314$5798